

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2014

No. 04-13-00885-CV

**IN RE** Gary A. **CAMPBELL**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10935
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

On February 14, 2014, Appellant Gary A. Campbell filed his hand-written, one-page brief. The brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief does not include the following:

> Identity of Parties and Counsel,
> Table of Contents,
> Index of Authorities,
> Statement of the Case,
> Any Statement Regarding Oral Argument,
> Statement of Facts,
> Summary of the Argument,
> Prayer, or
> Appendix.

*See id.* No part of the brief contains any citations to the record. *See id.* R. 38.1(g) ("The statement [of facts] must be supported by record references."); *id.* R. 38.1(i) ("The brief must contain . . . appropriate citations . . . to the record."). The brief twice references a single section in the Texas Family Code, but otherwise fails to list or cite any authorities to support Appellant's arguments. *See id.* (requiring "appropriate citations to authorities"). The brief contains no certificate of service. *See id.* R. 9.5(e).

This court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See id.* R. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38.

Therefore, we STRIKE Appellant's brief and ORDER appellant Gary A. Campbell to file an amended brief within TWENTY DAYS of the date of this order. **The amended brief must**

**correct all of the violations listed above and fully comply with the applicable rules.**  *See, e.g., id.* R. 9.4, 9.5, 38.1.  If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief."  *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with this order, Appellee's brief will be due thirty days after Appellant's brief is filed.  *See* TEX. R. APP. P. 38.6(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2014.

Keith E. Hottle
Clerk of Court